August 18, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD ST. GERMAIN, Appellant

NO. 14-14-00341-CV                          V.

ENHUI ST. GERMAIN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Enhui St. Germain, signed April 9, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Richard St. Germain, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.